

# DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
BOCA RATON
WILMINGTON
CHERRY HILL
LAKE TAHOE
HO CHI MINH CITY

RUSSELL ROTEN
DIRECT DIAL: +1 213 689 7439
PERSONAL FAX: +1 213 402 8594
E-MAIL: rwroten@duanemorris.com

www.duanemorris.com

November 1, 2011

**VIA FEDERAL EXPRESS**

Marci M. Waldron, Esq.
Clerk of the Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

    Re:   *In re Federal-Mogul Global, Inc.*, Nos. 09-2230, 09-2231
          Set for argument November 9, 2011

Dear Ms. Waldron,

    Appellants, Certain Underwriters at Lloyd's, London, and Certain London Market Insurance Companies (collectively, "London Market Insurers"), are writing in response to the letter from Danielle Spinelli of Wlimer Hale, counsel for appellant Hartford Accident and Indemnity Co. (Document No. 003110672129 filed September 30, 2011, in Case No. 09-2230).

    London Market Insurers wish to clarify that they would appreciate the opportunity to argue the preemption issue, as they do not believe that *Combustion Engineering* resolved that issue against insurers.

                                  Respectfully submitted,

                                  DUANE MORRIS LLP

                                  Russell W. Roten
                                  Counsel for Appellants, London Market Insurers

RWR:ams

DUANE MORRIS LLP

865 SOUTH FIGUEROA STREET, SUITE 3100    LOS ANGELES, CA 90017-5450    PHONE: +1 213 689 7400    FAX: +1 213 689 7401
DM3\1951264.1